UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

ACHILLES CORELLEONE,

        Plaintiff,    No. C 11-2838 PJH (PR)

  vs.    **ORDER OF DISMISSAL**

RANDY GROUNDS, et al.,

        Defendants.
_____/

      This pro se civil rights action was filed on June 10, 2011.  On that same day the court notified plaintiff that his application for leave to proceed in forma pauperis ("IFP") was deficient because he had not completed page five of the form, the "Certificate of Funds in Inmate Account," and had not provided the printout of transactions in his inmate account required by 28 U.S.C. § 1915(a)(2).  A copy of the court's form for applications to proceed in forma pauperis was provided with the notice, along with a return envelope.  Plaintiff was informed that if he did not either pay the fee or remedy the deficiencies of his IFP application within thirty days the case would be dismissed.

      No response has been received.  This case is therefore **DISMISSED** without prejudice.  The clerk shall close this file.

      **IT IS SO ORDERED.**

Dated: July 28, 2011.

                                      PHYLLIS J. HAMILTON
                                      United States District Judge

P:\PRO-SE\PJH\CR.11\CORELLEONE2838.DSM-IFP.wpd

United States District Court
For the Northern District of California